UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
                                                      :
UNITED STATES OF AMERICA,             :
                                                      :         16-CR-692-9 (JMF)
         -v-                                   :
                                                      :         <u>SCHEDULING ORDER</u>
SANTA DREIKSENA,                            :
                                                      :
                           Defendant.                :
                                                        :
------------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

        The time of the sentencing video/teleconference on May 13, 2020, is hereby CHANGED to 11:00 a.m.  Accordingly, defense counsel should be prepared to receive a telephone call to speak with the Defendant (and to conference the interpreter in) at 10:45 a.m.

        In light of the change, the call-in information for co-counsel, members of the press, and the public to access the audio feed has also changed.  To hear the audio feed, one should call 855-268-7844 and using access code 67812309# and pin 9921299#.

        As with the Court's Order of earlier today, the Court **intends to docket this Order on May 12, 2020**.  If either party objects, and believes that there is a basis to keep this Order under seal and that the fact of the proceeding should not be made public, it shall file a letter motion to that effect by **3 p.m.** on **May 11, 2020**.

        SO ORDERED.

Dated: May 8, 2020
       New York, New York                                                 JESSE M. FURMAN
                                                                           United States District Judge